# UNITED STATES DISTRICT COURT
for the
## EASTERN DISTRICT OF WISCONSIN

*In the Matter of the Search of*

Information associated with the accounts:
brotherswsorders@gmail.com

which is stored at a premises owned, maintained, controlled, or operated by Google, Inc., an email provider headquartered at Google Legal Investigations Support, 1600 Amphitheatre Parkway, Mountain View, California, 94043, and is described in Attachment A.

Case Number: 13-m-224

## APPLICATION & AFFIDAVIT FOR SEARCH WARRANT

I, Ann Marie Phillippi, a federally deputized task force agent, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property: **See Attachment A**

located in premises controlled by Google, Inc there is now concealed: **Please see attachment B.**

The basis for the search warrant under Fed. R. Crim. P. 41(c) is which is (check one or more):

✓ evidence of a crime;
✓ contraband, fruits of a crime, or other items illegally possessed;
☐ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

Title 21, U.S.C. §§ 841 and 846, and Title 18, U.S.C. §§ 1956(a)(1)(B)(i) and (ii), 1956(h), and 1957

The application is based on these facts:

✓ Continued on the attached sheet, which is incorporated by reference.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

*Applicant's signature*
Name and Title: Ann Marie Phillippi, Task Force Officer, DEA

Sworn to before me, and signed in my presence.

Date April 1, 2013

City and state: <u>Milwaukee, Wisconsin</u>

*Judge's signature*
THE HONORABLE PATRICIA J. GORENCE
United States Magistrate Judge
*Name & Title of Judicial Officer*

## ATTACHMENT A

### Property to Be Searched

This warrant applies to information associated with:

- **brotherswsorders@gmail.com**

that is stored at premises controlled by Google, Inc., an e-mail provider that is headquartered at, and that accepts service of process at, Google Legal Investigations Support, 1600 Amphitheatre Parkway, Mountain View, CA 94043.

# ATTACHMENT B

## Particular Things to be Seized

I.      **Information to be disclosed by Google, Inc.**

To the extent that the information described in Attachment A is within the possession, custody, or control of Google, Inc., including any emails, records, files, logs, or information that have been deleted but are still available to Google, Inc., or have been preserved pursuant to requests made under 18 U.S.C. § 2703(f), Google, Inc. is required to disclose the following information to the government for each account or identifier listed in Attachment A:

a.      The contents of all e-mails associated with the account, including stored or preserved copies of e-mails sent to and from the account, draft e-mails, the source and destination addresses associated with each e-mail, the date and time at which each e-mail was sent, and the size and length of each e-mail;

b.      All records or other information regarding the identification of the account, to include full name, physical address, telephone numbers and other identifiers, records of session times and durations, the date on which the account was created, the length of service, the IP address used to register the account, log-in IP addresses associated with session times and dates, account status, alternative e-mail addresses provided during registration, methods of connecting, log files, and means and source of payment (including any credit or bank account number);

c.      the types of service utilized;

d.      All records or other information stored at any time by an individual using the account, including address books, contact and buddy lists, calendar data, pictures, and files;

e. All records pertaining to communications between Google, Inc. and any person regarding the account, including contacts with support services and records of actions taken.

## II. Information to be seized by the government

All information described above in Section I that constitutes fruits, evidence and instrumentalities of violations of Title 21 U.S.C. §§ 841, 846, 813 (possession with intent to distribute a controlled substance, conspiracy to distribute a controlled substance, controlled substance analogues) 21 U.S.C. § 331 (introduction or delivery into interstate commerce of any drug that is adulterated or misbranded), and 18 U.S.C. § 1956 (money laundering by conducting financial transactions to promote, or conceal the proceeds of, illegal narcotics activity) involving each account or identifier listed on Attachment A, from the opening of the account to the present, information pertaining to the following matters:

    a. All communications or correspondence, including any attachments, regarding:

        1. any chemistry issues relating to synthetic cannabanoid ("SC") compounds, including the formulation, reformulation, and/or contents of SC compounds; "does contain" reports; "does not contain" reports; physiological and/or pharmacological effects of any SC compound or compounds if ingested;

        2. intended uses of SC compounds;

        3. the scheduling or proposed scheduling of SC compounds by any level of government in the United States;

2

4. whether an SC compound is an analogue of a Schedule I controlled substance;

5. SC suppliers, travel to meet with SC suppliers, and/or purchasing SC compounds or other supplies for manufacturing SC compounds or smokable synthetic cannabanoid ("SSC") products;

6. distribution, sales, and/or shipment of SC compounds or SSC products;

7. any aspect of the operation of any business, entity, partnership, or conspiracy associated with the manufacturing, distribution, or sales of SC compounds or SSC products, including formation or dissolution, the entry into agreements or conspiracies, membership in or employment issues, business expenditures, sales, business profits, distribution of profits, and purchases;

8. unlawful distribution of controlled substances or their analogues synthetic cannabinoids, facilitated by the email addresses in attachment A.

b. All communications or correspondence, including any attachments, regarding:

1. expenditures of any monies, including proceeds of the sale of SC compounds and/or SSC products; and

2. bank, investment, or financial accounts, safe deposit boxes, or financial transactions of any kind, including bank statements and related records,

3

passbooks, money drafts, letters of credit, money orders, bank drafts, cashier's checks, bank checks, safe deposit box keys;

3. the obtaining, secreting, transfer, concealment and/or expenditure of money; and/or

4. the obtaining, secreting, transfer, and/or concealment of assets.

c. Records relating to who created, used, or communicated with the account or identifier, including records about their identities and whereabouts.